**Maria DE JESUS GUTIERREZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–71423.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 26, 2010.

Edgardo Quintanilla, Quintanilla Law Firm, Inc., Sherman Oaks, CA, for Petitioner.

John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, Briena Strippoli, Esquire, John Hogan, Luis E. Perez, Senior Litigation Counsels, U.S. Department of Justice, Washington, DC, District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

## MEMORANDUM **

Maria de Jesus Gutierrez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her motion to reopen her deportation proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Singh v. INS*, 213 F.3d 1050, 1052 (9th Cir.2000), we deny the petition for review.

The BIA did not abuse its discretion in refusing to rescind Gutierrez's deportation order because it is undisputed that she was personally served with an Order to Show Cause that contained notice of her hearing and was written in both English and Spanish. *See* 8 U.S.C. § 1252b(a)(2)–(3) (repealed 1996); *Khan v. Ashcroft*, 374 F.3d 825, 828–29 (9th Cir.2004) (notice was proper where INS adhered to statutorily imposed procedural requirements).

Gutierrez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable David Alan Ezra, United States District Judge for the District of Hawaii, sitting by designation.